### GERDA VEY, v. EDGAR ALAN VEY

23 So. (2nd) 528          June Term, 1945
October 9, 1945          Division A

*McMullen, McMullen & Pogue,* for appellant.

*Thomas J. Collins* and *Carey & Harrison,* for appellee.

PER CURIAM:

The record before us reveals no reversible error so the decree appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.

### LYKES BROTHERS, INC., a corporation, v. ROBERT C. BIGBY

23 So. (2nd) 522          June Term, 1945
October 12, 1945          Division A

*McKay, Macfarlane, Jackson & Ferguson,* for appellant.

*Donald C. McMullen & Sons,* for appellee.

PER CURIAM:

The judgment appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.